# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED NOWDEN,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>W.L. MONTGOMERY, Warden,<br><br>　　　　　Respondent. | Case No. CV 16-05348 CJC (AFM)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition, records on file and the Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which Petitioner has objected.

The sentence on page 31, lines 5-6 of the Report and Recommendation is ordered deleted and replaced with the following sentence: "A search near the Durants' home shortly after the robbery revealed two duffle bags, including a bag taken from one of the victims, containing several pounds of marijuana and various drug paraphernalia. (6 RT 481-91.)" This does not change the conclusion that the prosecutor's argument was proper and did not signal a "new theory" of the case.

The Court accepts the findings and recommendations of the Magistrate Judge as modified.

IT THEREFORE IS ORDERED that (1) the Report and Recommendation of the Magistrate Judge is accepted and adopted; (2) petitioner's request for an evidentiary hearing is denied; and (3) Judgment shall be entered denying the First Amended Petition and dismissing the action with prejudice.

DATED: March 9, 2018

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE