JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED NOWDEN,<br><br>        Petitioner,<br><br>   v.<br><br>W.L. MONTGOMERY, Warden,<br><br>        Respondent. | Case No. CV 16-05348 CJC (AFM)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the First Amended Petition is denied and the action is dismissed with prejudice.

DATED:  March 9, 2018

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE